7/30/26

United States District Court
Central District of California

Dayne Walker,
Petitioner,

v.

Warden
Birkholz

FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
rec                    DEPUTY

Case No. 2:25-CV-06362-JLS-DTB

Motion Requesting Status and Ruling on Pending Petition.

Petitioner, Dayne Walker, respectfully requests that the Court provide a status update and issue a Ruling on his pending petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. If possible to expedite and issue a ruling as soon as ~~possible~~ practicable. The

The Issues presented in the petition concern petitioner's FSA Credits. Because the petition directly affects the duration of petitioner's confinement, any additional delay may result in irreparable prejudice if relief is ultimately granted.

Petitioner fully appreciates the Court's demanding docket and respectfully submits this motion only because of the impact the pending petition has on the length of his imprisonment.

Wherefore, Petitioner Respectfully requests that the court expedite consideration of his pending § 2241 petition and issue a ruling at the Court's earliest convenience.

Respectfully submitted,

Dayne Walker, Pro Se
05804-506
Lompoc Federal Institution



Federal Correction Institution Lompoc
Dwayne Walker 05804-506
3705 W. Farm Rd.
Lompoc, ca 93436

DTB
RVS

SANTA BARBARA CA   931
3 AUG 2026   AM 2   L

Freedom
250
UNITED STATES
OF AMERICA
FOREVER/USA

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG - 6 2

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

RECEIVED COURT
CLERK, U.S. DISTRICT
AUG - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

05804-506
Clerk Of U S District Court
Attn:Intake/Docketsection
255 E Temple ST
Suite Ts-134
LOS Angeles, CA 90012
United States

90012-930934