JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAYNE NICHOLAS WALKER,<br>Petitioner,<br>v.<br>B. BIRKHOLZ, Warden,<br>Respondent. | Case No. 2:25-cv-06362-JLS (DTB)<br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 11, 2026___

JOSEPHINE L. STATON
United States District Judge